UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE SANCHEZ,

                Plaintiff,

        -against-

METRO ONE LOSS PREVENTION SERVICES
GROUP (GUARD DIVISION NY), INC., et al.,

              Defendants.

**ORDER**

25-CV-06474 (PMH)

PHILIP M. HALPERN, United States District Judge:

On April 20, 2026, counsel for all parties appeared for a discovery dispute conference. After hearing from the parties, the Court ordered Plaintiff to respond to Defendants' discovery demands by April 24, 2026, as directed on the record. The Court further directed Plaintiff to, by April 24, 2026, file via ECF the following joint letters: (1) one setting forth the interrogatories to which Plaintiff seeks responses, explaining the basis for that dispute, and annexing copies of the disputed interrogatories and responses; and (2) one regarding Plaintiff's dispute concerning document demands. *See* Transcript.

                    **SO ORDERED.**

Dated:   White Plains, New York
         April 20, 2026

                    PHILIP M. HALPERN
                    United States District Judge