

**Scott William Clark, Esq.**
sclark@saccofillas.com
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

**Tel: 718 746-3440**
**Direct: 718 269-1627**
Direct Fax: 718 425-8968
www.saccofillas.com

**VIA ECF**

Honorable Philip M. Halpern
The Hon. Charles L. Brieant J
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> *Re: Jose Sanchez v. Metro One Loss Prevention. et al -- 7:25-cv-006474*

Judge Halpern,

As you may know, I represent the Plaintiff in the above action. and write to seek his honor's approval to exceed the page limit, outlined in his honor's rules for discovery motions.  At the April 20, 2026, conference, his honor suggested that Plaintiff file separate letter motions to compel the defendants' production of documents and their responses to interrogatories.

Plaintiff has drafted a letter motion seeking to compel Defendants' document responses.  At this point, Plaintiff's letter motion is currently at eight pages before Defendant has had the opportunity to include their responses. This exceeds his honor's five-page limit. This is necessary because Plaintiff sent separate document demands to the corporate and individual defendants. If this court does not approve the request, Plaintiff will be forced to file two separate motions: one for the corporate defendant and one for the individual named defendants.

As such, Plaintiff humbly asks this court for approval to allow Plaintiff to exceed the five-page limit for Plaintiff's discovery motions.

Thank you for your time and consideration of this matter.

Dated: April 22, 2026
        Astoria, New York

SACCO & FILLAS, LLP

*Scott William Clark*
_____
Scott William Clark Esq.
3119 Newtown Ave
Astoria, New York 11102
Tel: 718- 269-1627
sclark@SaccoFillas.com

FIRM:67007686v1