UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE SANCHEZ,

Plaintiff,

-against-

METRO ONE LOSS PREVENTION SERVICES GROUP (GUARD DIVISION NY), INC., SAMUEL HOPKINS, and SCOTT SCHROEDER,

Defendants.

**ORDER**

25-CV-06474 (PMH)

PHILIP M. HALPERN, United States District Judge:

Discovery in this matter ended on July 20, 2026. (Doc. 37). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on August 19, 2026. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on August 19, 2026, the Court *sua sponte* extends that deadline *nunc pro tunc* to November 20, 2026 and directs that the materials required under both Rules 6(A) and 6(B) shall be submitted by November 20, 2026.

The case management conference scheduled for October 6, 2026 is adjourned *sine die*.

**SO ORDERED:**

Dated: White Plains, New York
September 24, 2026

Hon. Philip M. Halpern
United States District Judge